Barbanel & Treuer, P.C.
Attorneys at Law
1925 Century Park East, Suite 350
Los Angeles, California 90067
Tel (310) 282-8088 • Fax (310) 282-8779

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| Porterville Hotel Investors, a California Limited Partnership,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>General Star Indemnity Company, and Does 1 - 50, inclusive,<br><br>　　　　Defendants. | Case No.: 2:16-CV-01496-JAM-KJN<br><br>**ORDER ON STIPULATION TO STAY PENDING APPRAISAL AND MEDIATION**<br><br>Assigned for all purposes to Judge John A. Mendez |

UPON CONSIDERATION of the Stipulation to Stay Pending Appraisal and Mediation by Porterville Hotel Investors, a California Limited Partnership and General Star Indemnity Company (collectively referred to as the "Parties"), and good cause showing it is

ORDERED, that the action styled *Porterville Hotel Investors, a California Limited Partnership vs. General Star Indemnity Company*, Civil Action No.: 2:16-CV-01496-JAM-KJN, be stayed and that all discovery deadlines, hearing dates and trial dates are hereby vacated pending completion of appraisal and mediation;

It is further ORDERED that the Parties complete mediation before a private mediator within ninety days of issuance of the appraisal award; and

///

---

420123.1　　　　[PROPOSED] ORDER ON STIPULATION TO STAY PENDING APPRAISAL AND MEDIATION

The Parties are further ORDERED to report to the court on the status of the appraisal and mediation within ten (10) days of completion of mediation or within six (6) months of the date of this order, whichever comes first.

DATED: November 17, 2017

**/s/ JOHN A. MENDEZ**
United States District Court Judge