Barbanel & Treuer, P.C.
Attorneys at Law
1925 Century Park East, Suite 350
Los Angeles, California 90067
Tel (310) 282-8088 · Fax (310) 282-8779

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| Porterville Hotel Investors, a California Limited Partnership,<br><br>Plaintiff,<br><br>vs.<br><br>General Star Indemnity Company, and Does 1 - 50, inclusive,<br><br>Defendants. | Case No.: 2:16-CV-01496-JAM-KJN<br><br>Assigned for all purposes to Judge John A. Mendez<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>*Lodged Concurrently with Stipulation for Dismissal of Entire Action with Prejudice* |

# **ORDER**

In light of the stipulation among the parties for dismissal of the entire action with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this court hereby dismisses this entire action with prejudice, each party to bear its own fees and costs.

**IT IS SO ORDERED:**

DATED: 12/2/2019

/s/ John A. Mendez
United States District Court Judge